# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**In Re:**

**DENNIS R. SIMS**                                   Case No. 10-63816
                                                     Chapter 7
   Debtor(s)                                         Judge C. Kathryn Preston
                                                     SSN: xxx.xx.2064
                                                     SSN: xxx.xx.

## NOTICE TO THE CLERK OF THE COURT
## UNCLAIMED FUNDS AND DIVIDENDS

The attached check in the amount of **$0.73** represents the total sum of unclaimed funds and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| **CREDITOR NAME & ADDRESS** | **CLAIM NO.** | **AMOUNT** |
|---|---|---|
| (PLEASE SEE ATTACHED REPORT) | (PLEASE SEE ATTACHED REPORT) | (PLEASE SEE ATTACHED REPORT) |
| Total Unclaimed/Small (Dividends $25.00 or under) | Total Unclaimed (Dividends Over $25.00) | |
| $0.73 | | |

                                                     /s/Brent A Stubbins
                                                     Brent A Stubbins, Case Trustee

## CERTIFICATE OF SERVICE

**This is to certify** that the undersigned hereby certifies that a true copy of the foregoing Notice has been served electronically upon:

- Asst US Trustee (Col)
- Mitchell Marczewski
- Brent A Stubbins

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

    HSBC Mortgage Services, Inc
    636 Grand Regency Boulevard
    Brandon, FL 33510

    eCAST Settlement Corporation
    P.O. Box 35480
    Newark, NJ 07193-5480

and by regular U S Mail upon the Debtor(s) and all parties in interest listed below on September 28, 2011.

                                    Respectfully Submitted,

                                    /s/Brent A. Stubbins
                                  Brent A. Stubbins


DENNIS R. SIMS
13899 TWP RD 64
GLENFORD, OH 43739